# Court of Appeals
# of the State of Georgia

ATLANTA,  November 21, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0609.  MELVIN C. JONES v. STATE BOARD OF PARDONS AND PAROLES.**

Melvin C. Jones, a prison inmate proceeding pro se, directly appeals the trial court's dismissal of his complaint for mandamus against the State Board of Pardons and Paroles (the "Board").  The underlying subject matter of this case is mandamus. See, e. g., *Ray v. Barber*, 273 Ga. 856, 857 (548 SE2d 283) (2001) (affirming mandamus order where the Parole Board failed to follow its statutory duties and its rules in determining a tentative parole date).  The Supreme Court of Georgia has exclusive appellate jurisdiction of cases involving extraordinary remedies, including mandamus.  1983 Ga. Const., Art. VI, Sec. VI, Par. III (5); see *Settle v. McWhorter*, 203 Ga. 93 (1) (45 SE2d 210) (1947).  Accordingly, this case is TRANSFERRED to the Supreme Court.



Court of Appeals of the State of Georgia
      Clerk's Office, Atlanta,  11/21/2016
      I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
      Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.